IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HALEY DULANSKI,

    Plaintiff,                                                                                      Case No. 8:19-cv-2886

v.

FIRST CONTACT, LLC,
IQOR HOLDINGS US LLC,
IQOR HOLDINGS INC,
IQOR US INC., and
IQOR GLOBAL SERVICES, LLC,

    Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

The Plaintiff, Haley Dulanski, by and through undersigned counsel, hereby gives notice that the Parties have reached a settlement of this matter and are in the process of executing a written settlement agreement. The Parties expect to file a Joint Stipulation of Dismissal with Prejudice within 60 days.

DATED: February 14, 2020.                Respectfully submitted,

                                                    */s/ Joshua A. Mize*
                                                    **Joshua A. Mize, Esq.**
                                                    Florida Bar No. 86163
                                                    **MIZE LAW, PLLC**
                                                    110 Front Street, Suite 300
                                                    Jupiter, FL 33477
                                                    Phone: (407) 913-6800
                                                    Fax: (407) 604-7410
                                                    Primary email: jmize@mize.law
                                                    Secondary email: service@mize.law

                                                    *Attorney for the Plaintiff,*
                                                    *Haley Dulanski*